

Erik M. Bashian, Esq.*
T: (516) 279-1554
F: (516) 213-0339
Email:  eb@bashpaplaw.com
www.bashpaplaw.com

Licensed to practice law in NY, NJ and D.C.

VIA ECF ONLY

March 7, 2023

U.S.D.J. Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

    Re:    <u>**Marina Iskhakova v. Balloon Saloon, Inc., Index No. 1:22-cv-07267-EK-JRC**</u>

Dear District Judge Komitee:

    This law firm represents the Defendant Balloon Saloon, Inc., (the "Defendant") in the above referenced matter.  As counsel for Defendant, are respectfully submitting the parties' joint request for judicial approval of the Consent Decree enclosed herewith.

    As the Court may recall, plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation and is purportedly in violation of the Americans with Disabilities Act, the New York State Human Rights Law and the New York City Human Rights Law. While Defendant does not admit liability and denies the allegations in the Complaint, the parties have reached a settlement with plaintiff individually in order to avoid the cost and inconvenience of litigation.

    As a result, the parties jointly request that the Court approve and So-Order the enclosed consent decree. They submit that the consent decree is fair and reasonable and the public interest would not be disserved by its entry. *SEC v. Citigroup Global Mkts. Inc.*, 752 F.3d 285, 294 (2d Cir. 2014). The parties fashioned the consent decree as a reasonable resolution of the plaintiff's claims. *See, e.g. Yap v. Sumitomo Corp. of* America, No. 88 Civ. 700 (LBS), 1991 U.S. Dist. LEXIS 2124, at *15-16 (S.D.N.Y. Feb. 22, 1991) (weighing factors used to determine if a consent decree is fair and reasonable); *Meyer v. Macmillan Pub. Co.*, No. 78 Civ. 2133 (MEL), 1986 U.S. Dist. LEXIS 27492, at *15-*16 (S.D.N.Y. March 28, 1996) (determining that consent decree is fair, reasonable and adequate and supported by public policy).

Upon judicial approval, the parties will file a stipulation of dismissal of this action.

We thank you for your time and attention to our request.

                                                  Respectfully submitted,

                                                  Bashian & Papantoniou, P.C.

                                                  */s/ Erik M. Bashian*

                                                  Erik M. Bashian

cc:    All counsel of record  *(via ECF only)*