UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARINA ISKHAKOVA, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>                 v.<br><br>BALLOON SALOON, INC.,<br><br>                 Defendants. | Case No. : 1:22-cv-07267-EK-JRC<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MARINA ISKHAKOVA ("Plaintiff") and Defendant BALLOON SALOON, INC., ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
       March 9, 2023

| | |
|---|---|
| STEIN SAKS, PLLC<br>By: *Mark Rozenberg*<br>    Mark Rozenberg, Esq.<br>*Attorneys for Plaintiff*<br>Stein Saks, PLLC<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>mrozenberg@SteinSaksLegal.com<br>P. (201) 282-6500 ext 119 | BASHIAN & PAPANTONIOU, P.C.<br>By: *Erik M. Bashian*<br>    Erik M. Bashian, Esq.<br>*Attorneys for Defendant*<br>500 Old Country Road, Suite 302<br>Garden City, NY 11530<br>eb@bashpaplaw.com<br>(516) 279-1554 |

99317v1